IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

WILLIAM H. TEAGUE                                                                PLAINTIFF

v.                              CIVIL NO. 07-2071

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                          DEFENDANT

## J U D G M E N T

Now on this 7th day of May, 2008, comes on for consideration the Report and Recommendation dated April 14, 2008, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas.  Ten (10) days have passed without objections being filed by the parties.  The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; affirms the decision of the Administrative Law Judge; and dismisses plaintiff's complaint with prejudice.

IT IS SO ORDERED.

/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE

AO72A
(Rev. 8/82)